1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANI JUMA KOSE,<br><br>                                   Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>                                   Respondent. | Case No.:  3:19-cv-0858-JLS-LL<br><br>**ORDER DENYING PETITION FOR RESENTENCING**<br><br>(ECF No. 6) |

On May 6, 2019, Petitioner Wani Juma Kose, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed in forma pauperis.  (ECF Nos. 1 & 2.)  On May 13, 2019, this Court granted Petitioner's request to proceed in forma pauperis and dismissed the Petition without prejudice because Petitioner failed to name a proper respondent and failed to allege exhaustion of state judicial remedies as to all claims.  (*See* ECF No. 4.)  Petitioner was instructed that, in order to have his case reopened, he must file an Amended Petition on before July 7, 2019.  (*See id.* at 2.)  Petitioner did not file an Amended Petition (or any other document) by the July 7, 2019 deadline and as such the case remained closed.

On October 26, 2020, Petitioner submitted a "Petition for Resentencing," in which he appears to be attempting to challenge his state court conviction and/or sentence. Because well over a year has passed since Petitioner was ordered to file a First Amended

Petition, the Court declines to reopen Petitioner's case.   If Petitioner would like to challenge his state court conviction or sentence with a petition for writ of habeas corpus under 28 U.S.C. § 2254, he must (1) submit a new Petition, which will be opened as a new case and given a new case number, and (2) pay the requisite $5.00 filing fee or move to proceed in forma pauperis in that new case.

Accordingly, this action **REMAINS DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new Petition pursuant to 28 U.S.C. § 2254, which will be given a new case number.   For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank form Petition and blank in forma pauperis application.   This case remains **CLOSED.**

**IT IS SO ORDERED.**

Dated:  October 30, 2020

Hon. Janis L. Sammartino
United States District Judge

3:19-cv-0858-JLS-LL